Trust Company of Chicago, Conservator of Estate of Ethel Berman, Incompetent, Appellant, v. Myrtle Saloman, Appellee.

Gen. No. 44,798.

659

opinion
filed October 26, 1949; released for publication November 10, 1949.
Charles Liebman, for appellant; Moss & Inlander, for appellee;
Walter E. Moss, of counsel. Opinion by JUSTICE BURKE. Not to be
published in full.